**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

No. 03-2440

————————————

TRACY WOODY,

Plaintiff - Appellant,

versus

CENTRAL CAROLINA BANK AND TRUST COMPANY,
a/k/a Central Carolina Bank, a/k/a CCB, a/k/a
CCB7; NATIONAL COMMERCE FINANCIAL
CORPORATION/NATIONAL BANK OF COMMERCE/NCBC,

Defendants - Appellees.

————————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-02-757-5-BO)

————————————

Submitted: April 29, 2004          Decided: May 3, 2004

————————————

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Tracy Woody, Appellant Pro Se. Terry Dean Fisher, STUBBS, COLE,
BREEDLOVE, PRENTIS & BIGGS, Durham, North Carolina, for Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tracy Woody appeals the district court's order dismissing her civil action as barred by res judicata. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Woody v. Cent. Carolina Bank & Trust Co.</u>, No. CA-02-757-5-BO (E.D.N.C. Aug. 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>